# Court of Appeals
# of the State of Georgia

ATLANTA,  March 19, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0082. JORDAN, IV v. JORDAN.

Appellant filed an emergency motion under Court of Appeals Rule 40 (b), seeking to stay several orders issued by the Superior Court of Fayette County on December 16, 2024, including a final judgment and decree of divorce and two orders holding him in civil and criminal contempt, and further seeking to vacate orders issued by the same court on February 27, 2025 granting appellee's motions to require that he post supersedeas bonds pending appeal of those orders. Appellant's motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/19/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*